ACCEPTED
03-14-00119-CV
3656322
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 4:52:36 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00119-CV

IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/5/2015 4:52:36 PM

JEFFREY D. KYLE
Clerk

EMERGENCY SERVICE PARTNERS, L.P.,
ORLANDO R. MAGALLANES M.D., and
JACK W. PIERCE, M.D.,

Appellants

v.

SHARON ROTHERT and FRED ROTHERT,

Appellees

## APPELLANTS EMERGENCY SERVICE PARTNERS, L.P. and ORLANDO R. MAGALLANES, M.D.'s MOTION TO DISMISS APPEAL

Appellants Emergency Services Partners, L.P. and Orlando R. Magallanes, M.D. file this joint motion to dismiss thier appeal, and in support of this motion show:

### Notice of Appeal

Appellants perfected their appeal on February 28, 2014 by filing their notice of appeal.

### Dismissal

Appellants no longer wish to pursue their appeal.

## No Opposition from Appellees

Appellees Sharon and Fred Rothert, M.D. do not oppose this motion. Appellants have not received a response from Appellant Jack D. Pierce, M.D.

## Costs

Appellants agree to pay all costs incurred concerning their portion of this appeal.

## Request for Relief

For these reasons, Appellants ask this Court to:

- grant this motion; and

- dismiss Appellants' appeal.

Respectfully submitted,

*/s/Robinson C. Ramsey*
ROBINSON C. RAMSEY
State Bar No. 16523700
rramsey@langleybanack.com
LUCRETIA R. MARMOR
State Bar No. 00796998
lmarmor@langleybanack.com
LANGLEY & BANACK, INC.
Trinity Plaza II, Suite 900
745 East Mulberry Avenue
San Antonio, Texas 78212
Telephone: 210.736.6600
Telecopier: 210.735.6889

ATTORNEYS FOR APPELLANTS
ORLANDO R. MAGALLANES, M.D.,
and EMERGENCY SERVICE PARTNERS, L.P.

## CERTIFICATE OF CONFERENCE

The attorney for Appellants Orlando R. Magallanes, M.D. and Emergency Service Partners, L.P. has conferred with the attorneys for Appellees Sharon and Fred Rothert, who do not oppose this motion. Appellants' attorney has not received a response from J. Mark Holbrook, the attorney for Appellant Jack W. Pierce, M.D.

/s/Robinson C. Ramsey
ROBINSON C.  RAMSEY
LUCRETIA R. MARMOR

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent to counsel listed below on January 5, 2015.

Eugene W. Brees, II                                    *Via eFiling*
Michelle M. Cheng
WHITEHURST, HARKNESS, BREES & CHENG, P.C.
5113 Southwest Parkway, Suite 150
Austin, Texas 78735
Telephone: (512) 476-4346
Telecopier: (512) 476-4400
*Counsel for Appellees Sharon Rothert and Fred Rothert*

J. Mark Holbrook                                       *Via eFiling*
HOLBROOK LAW FIRM
P.O. Box 26692
Austin, Texas 78731
Telephone: (512) 658-7914
Telecopier: (512) 482-0342
and
David M. Davis                                          *Via eFiling*
DAVIS & WRIGHT, P.C.
P.O. Box 2283
Austin, Texas 78768-2283
Telephone: (512) 482-0614
Telecopier: (512) 482-0342
*Counsel for Appellant Jack W. Pierce, M.D.*

/s/Robinson C. Ramsey
ROBINSON C. RAMSEY